## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   JEFFREY MORGAN                              §
                                                     §     Case No.: 09-24623
                                                     §
                                                     §
                                                     §
                                                     §
         Debtor(s)                                   §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 07/07/2009.

2) This case was confirmed on 09/28/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/04/2010.

5) The case was dismissed on 06/21/2010.

6) Number of months from filing to the last payment: 8

7) Number of months case was pending: 15

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    4,850.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 1,528.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 1,528.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 719.16 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 108.49 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 827.65 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREDIT ACCEPTANCE CO | UNSECURED | NA | 6,820.50 | 6,820.50 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 993.00 | .00 | .00 | .00 | .00 |
| NORTHSIDE L FED CRED | SECURED | 15,000.00 | 26,523.23 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 100.00 | 1,377.60 | 1,377.60 | .00 | .00 |
| ILLINOIS DEPT OF REV | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 3,644.00 | 6,775.90 | 6,775.90 | 700.35 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 10,356.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 4,770.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | OTHER | .00 | NA | NA | .00 | .00 |
| ASPEN | UNSECURED | 630.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 123.00 | 127.18 | 127.18 | .00 | .00 |
| BALLYS TOTAL FITNESS | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 250.00 | 122.00 | 122.00 | .00 | .00 |
| COLLECTION COMPANY O | UNSECURED | 319.00 | NA | NA | .00 | .00 |
| SBC | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST CABLEVISION | UNSECURED | 601.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT IN | UNSECURED | 344.00 | NA | NA | .00 | .00 |
| COMCAST CHICAGO | OTHER | .00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CO | UNSECURED | 953.00 | NA | NA | .00 | .00 |
| SPRINT | OTHER | .00 | NA | NA | .00 | .00 |
| HOMEWOOD DISPOSAL SE | UNSECURED | 247.00 | NA | NA | .00 | .00 |
| MED BUSI BUR | UNSECURED | 99.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ST MARGARET MERCY ME | OTHER | .00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 726.00 | NA | NA | .00 | .00 |
| TRIBUTE MASTERCARD | OTHER | .00 | NA | NA | .00 | .00 |
| MUTUAL HOSPITAL SERV | UNSECURED | 874.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HO | OTHER | .00 | NA | NA | .00 | .00 |
| NCO FINANCIAL 99 | UNSECURED | 202.00 | NA | NA | .00 | .00 |
| COM ED | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHSIDE L FED CRED | UNSECURED | 2,469.00 | 1,756.07 | 1,756.07 | .00 | .00 |
| NORTHSIDE L FED CRED | UNSECURED | 1,336.00 | 729.39 | 729.39 | .00 | .00 |
| PAYDAY LOANS STORE O | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE OF | OTHER | .00 | NA | NA | .00 | .00 |
| PINNACLE FINANCIAL | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 300.00 | 1,950.00 | 1,950.00 | .00 | .00 |
| VILLAGE OF BRIDGEVIE | OTHER | .00 | NA | NA | .00 | .00 |
| RMI/MCSI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF BRIDGEVIE | OTHER | NA | NA | NA | .00 | .00 |
| RMI/MCSI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLIAGE OF RIVERDAL | OTHER | .00 | NA | NA | .00 | .00 |
| RMI/MCSI | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| 04 VILLAGE OF RIVER | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHSIDE L FED CRED | SECURED | NA | 1,184.12 | .00 | .00 | .00 |
| SALLIE MAE GUARANTEE | UNSECURED | 489.00 | 832.95 | .00 | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 1,405.00 | .00 | .00 | .00 | .00 |
| USA FUNDS | OTHER | .00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 659.00 | .00 | .00 | .00 | .00 |
| USA FUNDS | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF DOLTON DE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF RIVERDALE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| DIONNE MORGAN | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHSIDE L FED CRED | UNSECURED | NA | 630.43 | 630.43 | .00 | .00 |
| NORTHSIDE L FED CRED | UNSECURED | 13,495.00 | NA | NA | .00 | .00 |
| NORTHSIDE L FED CRED | SECURED | 4,850.00 | .00 | .00 | .00 | .00 |
| NORTHSIDE L FED CRED | UNSECURED | 1,599.00 | 5,963.49 | 5,963.49 | .00 | .00 |
| WASHINGTON MUTUAL | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 240.55 | 240.55 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 8,153.50 | 700.35 | .00 |
| **TOTAL PRIORITY:** | 8,153.50 | 700.35 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 18,339.61 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 827.65 |
| Disbursements to Creditors | $ | 700.35 |
| **TOTAL DISBURSEMENTS:** | $ | 1,528.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    09/27/2010              /s/ Tom Vaughn
                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**